IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD and MARY FOSTER, | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | No. 4:09cv00680 SWW |
| | * | |
| | * | |
| DANIEL RAGSDALE, | * | |
| | * | |
| Defendant. | * | |

## ORDER

The joint motion [doc.#7] of the parties to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 31st day of August 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE